Thomas P. Halpin Company, appellee, v. H. L. Harris and J. A. Rodgers, trading as Harris & Rodgers, appellants. Gen. No. 26,563.

Suit begun in replevin in which plaintiff declared in trover for the value of an automobile wrongfully detained by defendants. Judgment for damages in favor of plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Freundlich & Froehlich, for appellants; Louis J. Delson, of counsel. Charles R. Casler, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Jessie H. Cook, appellee, v. Paul Korshak, trading as Illinois Pawners Society, appellant. Gen. No. 26,578.

Replevin action to recover a diamond taken without authority by plaintiff's son and pawned with defendant. Action changed to trover on refusal of defendant to give up the diamond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Leslie H. Whipp, for appellant. Goodnow, Matthews, Lucius & Buehler, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Nellie Brecher, administratrix of the estate of Gustave A. Brecher, deceased, appellee, v. George H. Taylor, Jr., appellant. Gen. No. 26,481.

Action for damages to plaintiff's automobile by collision with defendant's automobile. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Roy Sesler, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. C. E. Heckler, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

A. Daigger & Company, appellant, v. Illinois Smelting & Refining Company, appellee. Gen. No. 26,491.

Action for breach of contract to sell to plaintiff a certain quantity of nitrate of soda and for return of a money deposit. Judgment for defendant on its claim of set-off. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed upon remittitur. Opinion filed June 13, 1921. Rehearing denied June 27, 1921.

Moses, Rosenthal & Kennedy, for appellant; Hamilton Moses and Robert Bachrach, of counsel. Andalman & Cohen, for appellee.